IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00038-CMA-BNB

CLIFTON E. PLEMONS, and
ALIECE PLEMONS,

Plaintiffs,

v.

HSBC BANK USA, National Association, a foreign business corporation,
PEOPLE'S CHOICE HOME LOAN, INC., a Wyoming corporation,
OCWEN LOAN SERVICE, LLC, a foreign LLC,
TITLE COMPANY OF DENVER a/k/a TITLE PARTNERS OF COLORADO, a Colorado corporation,
RICHARD G. GEBHARDT, PUBLIC TRUSTEE FOR BOULDER COUNTY, and
MARGARET T. CHAPMAN, PUBLIC TRUSTEE FOR JEFFERSON COUNTY,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion for Service by Court Appointed Process Server and to Extend Time Within Which to File Returns of Service** [docket no. 17, filed February 14, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED insofar as plaintiffs have to and including **March 11, 2011**, in which to effect service and file returns of service on all remaining defendants who have not been served as of the date of this order. The motion is DENIED in all other respects.

DATED:  February 15, 2011