IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00038-CMA-BNB

CLIFTON E. PLEMONS, and
ALIECE PLEMONS,

Plaintiffs,

v.

HSBC BANK USA, National Association, a foreign business corporation,
PEOPLE'S CHOICE HOME LOAN, INC., a Wyoming corporation,
OCWEN LOAN SERVICE, LLC, a foreign LLC,
TITLE COMPANY OF DENVER a/k/a TITLE PARTNERS OF COLORADO, a Colorado corporation, and
RICHARD G. GEBHARDT, PUBLIC TRUSTEE FOR BOULDER COUNTY,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendants HSBC Bank, OCWEN Loan Servicing and Barclays Capital Real Estate's Motion for Leave to File a Reply in Support of Their Motion to Dismiss** [docket no. 54, filed August 17, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and defendants HSBC Bank, OCWEN Loan Servicing and Barclays Capital Real Estate may file a reply to their Motion to Dismiss [28] on or before **August 25, 2011**.

DATED:  August 18, 2011