IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 11-cv-00038-CMA-BNB

CLIFTON E. PLEMONS, and
ALIECE PLEMONS,

   Plaintiffs,

v.

HSBC BANK USA, NATIONAL ASSOCIATION, a foreign business corporation,
PEOPLE'S CHOICE HOME LOAN, INC., a Wyoming corporation,
OCWEN LOAN SERVICE, LLC, a foreign LLC,
TITLE COMPANY OF DENVER,
   *a/k/a* Title Partners of Colorado, a Colorado corporation, and
RICHARD G. GEBHARDT, Public Trustee for Boulder County,

   Defendants.

**ORDER ADOPTING AND AFFIRMING AUGUST 5, 2011 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

This matter is before the Court on the Recommendation of United States Magistrate Judge filed on August 5, 2011 (Doc. # 53).  The Magistrate Judge recommends that Defendant Richard G. Gebhardt be dismissed from this action on Plailntiffs' failure to prosecute, insufficiency of service of process, failure to timely effect service of process as required by the Federal Rules of Civil Procedure, and failure to comply with a court order.   Plaintiff has not filed any specific written objections to the Magistrate Judge's recommendation.  The Court finds that the Magistrate Judge's recommendation is correct and should be accepted.  Accordingly, it is

ORDERED that the Recommendation of United States Magistrate Judge is accepted. It is

FURTHER ORDERED that Richard G. Gebhardt be DISMISSED as a Defendant in this action, and that the case caption shall be so amended on all subsequent filings, in accordance with this Court's Order.

DATED: August __30__, 2011

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge