IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00038-CMA-BNB

CLIFTON E. PLEMONS, and
ALIECE PLEMONS,

Plaintiffs,

v.

HSBC BANK USA, NATIONAL ASSOCIATION, a foreign business corporation,
PEOPLE'S CHOICE HOME LOAN, INC., a Wyoming corporation,
OCWEN LOAN SERVICE, LLC, a foreign LLC,
TITLE COMPANY OF DENVER a/k/a TITLE PARTNERS OF COLORADO, a Colorado corporation,
HOME Q SERVICING COMPANY,
ROBIN CAMERON, and
SIKOL JUNG,

Defendants.
_____

**ORDER**
_____

This matter arises on **DEFENDANTS, HSBC BANK USA, AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF APRIL 1, 2004 PEOPLE'S CHOICE HOME LOANS SECURITIES TRUST SERIES 2004-1, OCWEN LOAN SERVICING, LLC AND BARCLAYS CAPITAL REAL ESTATE INC. D/B/A HOMEQ SERVICING MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED.R.CIV.P.12(b)(6)** [Doc. #28, filed 03/02/2011] (the "Motion to Dismiss"). The Motion to Dismiss [Doc. # 28] is DENIED without prejudice.

The plaintiffs are suing the following defendants:

(1)     HSBC Bank USA, National Association;

(2)     Peoples Choice Home Loan, Inc.;

(3)     OCWEN Loan Service, LLC; and

(4)     Home Q Servicing Company.

Amended Complaint [Doc. #9] (the "Complaint").

By contrast, the Motion to Dismiss was submitted on behalf of:

(1)     HSBC Bank of USA, as Trustee for the Pooling and Servicing Agreement Dated as of April 1, 2004 People's Choice Home Loans Securities Trust Series 2004-1;

(2)     OCWEN Loan Servicing, LLC; and

(3)     Barclays Capital Real Estate, Inc. d/b/a HomeQ Servicing.

Motion to Dismiss [Doc. # 28] at p. 1.

The defendants have attempted unilaterally and without court approval to substitute parties.

IT IS ORDERED:

(1)  The Motion to Dismiss [Doc. # 28] is DENIED without prejudice; and

(2)  On or before **January 25, 2012**, defendants (1) HSBC Bank USA, National Association; (2) Peoples Choice Home Loan, Inc.; (3) OCWEN Loan Service, LLC; and (4) Home Q Servicing Company shall answer or otherwise respond to the Complaint.

Dated January 6, 2012.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge