**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-00038-CMA-BNB

CLIFTON E. PLEMONS, and
ALIECE PLEMONS,

    Plaintiffs,

v.

HSBC BANK USA, NATIONAL ASSOCIATION, a foreign business corporation,
PEOPLE'S CHOICE HOME LOAN, INC., a Wyoming corporation,
OCWEN LOAN SERVICE, LLC, a foreign LLC, and
TITLE COMPANY OF DENVER,
  *a/k/a* Title Partners of Colorado, a Colorado corporation,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

    Pursuant to Plaintiff's Unopposed Motion To Dismiss With Prejudice (Doc. # 66), it is

    ORDERED that the Complaint and cause of action are DISMISSED WITH PREJUDICE.

    DATED: January __25__, 2012

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Court Judge